[No. 7845-1-III.   Division Three.   October 8, 1987.]

GARY N. BLOOM, *as Guardian ad Litem,* ET AL, *Respondents,* v. PATRICK CARDINAL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-00386-6, Harold D. Clarke, J., entered April 28, 1986. *Reversed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J.

[Nos. 7519-2-III; 8722-1-III.   Division Three.   October 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY GERARD FLECK, *Appellant.*

*In the Matter of the Personal Restraint of* ANTHONY GERARD FLECK, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-1-00579-2, Marcus M. Kelly, J., entered November 8, 1985, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ. Now published at 49 Wn. App. 584.

[Nos. 17039-2-I; 18277-3-I.   Division One.   October 12, 1987.]

SKAGIT COUNTY DEVELOPMENT CORPORATION, *Appellant,* v. SKAGIT COUNTY, *Respondent.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 84-2-02393-5, Daniel T. Kershner, J., entered August 2, 1985. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Andersen and Ellington, JJ. Pro Tem.